**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

October 13, 2015

Hon. Anne Lorentzen
District Clerk
901 Leopard, Suite 313
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00061-CR
Tr.Ct.No.  13-CR-1257-A
Style:    The State of Texas v. David Alvarez

Pursuant to TEX. R. APP. P. 34.6(g)(2), we are returning the original exhibit (State's Exhibit # 1) filed in the above-referenced cause. [Exhibit will be mailed separately].

Please sign the attached acknowledgment of receipt of these exhibits and submit through the TAMES Records Submission Portal (RSP) as soon as possible.

If you have any questions, please do not hesitate to call me.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch

cc:   Hon. A. Cliff Gordon (DELIVERED VIA E-MAIL)
Hon. Scott M. Ellison (DELIVERED VIA E-MAIL)
Hon. Mark Skurka (DELIVERED VIA E-MAIL)

---

### RECEIPT

**Receipt of the above-referenced exhibits is hereby acknowledged by me on this the _____ day of _____, 20\_\_\_\_.**

_____
                                                            **Signature**